IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

IRA B. ROBINS,

    Plaintiff,

v.

DAVID G. DEININGER,
MICHAEL BRENNAN, GERALD C. NICHOL,
THOMAS BARLAND, THOMAS CANE and
TIMOTHY VOCKE,

    Defendants.

JUDGMENT IN A CIVIL CASE

12-cv-378-wmc

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case for plaintiff Ira B. Robins' failure to state a claim upon which relief may be granted.

_Peter Oppeneer_            6/5/12
Peter Oppeneer, Clerk of Court      Date