IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

IRA B. ROBINS,

    Plaintiff,

v.

DAVID G. DEININGER,
MICHAEL BRENNAN, GERALD C. NICHOL,
THOMAS BARLAND, THOMAS CANE and
TIMOTHY VOCKE,

    Defendants.

JUDGMENT IN A CIVIL CASE

12-cv-378-wmc

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case for plaintiff Ira B. Robins' failure to state a claim upon which relief may be granted.

_____      6/5/12
Peter Oppeneer, Clerk of Court         Date